# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE MEDICAL PROPERTIES TRUST, INC. DERIVATIVE LITIGATION | Case No. 2:23-cv-01415-CLM<br><br>(Consolidated) |

## **PLAINTIFFS' UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Cary Wolf, Darnell Crockett, and Patty Jo Shockley ("Plaintiffs") hereby voluntarily dismiss the claims in the above-captioned action (the "Action"), without prejudice, as to all Defendants, and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 30, 2025                    Respectfully submitted,

                                            **THE FRANKOWSKI FIRM, LLC**

                                            /s/_____
                                            Richard Frankowski
                                            231 22nd Street South
                                            Suite 203
                                            Birmingham, AL 35203
                                            Telephone: (205) 390-0399
                                            Facsimile: (205) 390-0399
                                            Email: richard@frankowskifirm.com

                                            *Counsel for Plaintiffs*

                                            **THE BROWN LAW FIRM, P.C.**

- 2 -

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Lead Counsel for Plaintiffs*

- 2 -